**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 99-20995
_____

AMERICAN & FOREIGN INSURANCE COMPANY,

                    Plaintiff-Counter Defendant-
                    Appellee-Cross-Appellant,

versus

THE DREES COMPANY,

                    Defendant-Counter Claimant-Cross
                    Claimant-Appellant-Cross-Appellee.

GREAT AMERICAN INSURANCE COMPANIES,

                    Defendant-Cross Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-98-CV-110)
_____

May 10, 2000

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    IT IS ORDERED that the agreed motion to dismiss the appeal is GRANTED.

    IT IS FURTHER ORDERED that the agreed motion to vacate the District Court judgment of July 21, 1999, is GRANTED.

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.